**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Voto Latino Foundation, et al., | No. CV-19-05685-PHX-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| Katie Hobbs, | |
| Defendant. | |

On February 24, 2020, the parties filed a stipulation that Plaintiffs may file a Second Amended Complaint ("SAC") and that Defendant shall file a responsive pleading by March 20, 2020. (Doc. 20.) That same day, Plaintiffs filed the SAC. (Doc. 21.)

The pending motion to dismiss the first amended complaint (Doc. 17) is moot. *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997) ("[T]he amended complaint supersedes the original, the latter being treated thereafter as non-existent."); *A.R.D. v. Kerry*, 2014 WL 12617410, *1 (D. Ariz. 2014) (denying motion to dismiss as moot after superseding amended complaint was filed).

Accordingly,

**IT IS ORDERED** that the parties' stipulation (Doc. 20) is **granted**. Defendant shall respond to the SAC by **March 20, 2020**. The motion to dismiss (Doc. 17) is **denied as moot**.

Dated this 26th day of February, 2020.

_____
Dominic W. Lanza
United States District Judge