# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Voto Latino Foundation, et al., | No. CV-19-05685-PHX-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| Katie Hobbs, | |
| Defendant. | |

On March 4, 2020, Defendant filed an expedited motion to stay. (Doc. 26.) In a nutshell, Defendant argues that she shouldn't be required to respond to Plaintiffs' motion for preliminary injunction (Doc. 22), which was filed on February 25, 2020 (meaning Defendant's response would otherwise be due by March 10, 2020), until after the Court resolves her motion to dismiss the amended complaint, which will be filed by March 20, 2020, pursuant to the parties' stipulation. (Docs. 20, 24.)

Defendant asserts that "[t]he timing of Plaintiffs' [motion for preliminary injunction] belies any need for urgent relief." (Doc. 26 at 1.) Defendant further asserts that resolving the yet-to-be-filed motion to dismiss would preserve resources because the preliminary injunction inquiry is "more complex" and "more costly" than the determination of whether the amended complaint states a claim, and "[i]f this case is dismissed, preliminary injunction briefing and a hearing would be unnecessary." (*Id.* at 4.)

This seems like a sensible request, but Plaintiffs appear to oppose the request, and

the Court wishes to hear from Plaintiffs before making a final decision. Therefore, the Court will order Plaintiffs to file an expedited response to the motion to stay by March 11, 2020. In the interim, Defendant will not be required to respond to the motion for preliminary injunction—the briefing process on that motion will be temporarily paused pending resolution of the motion to stay.

Accordingly,

**IT IS ORDERED** that Plaintiffs shall file an expedited response to the motion to stay by **March 11, 2020**. Defendants will not be required to respond to the motion for preliminary injunction pending resolution of the motion to stay.

Dated this 5th day of March, 2020.

Dominic W. Lanza
United States District Judge