Alexis E. Danneman (#030478)
Sarah R. Gonski (# 032567)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8201
Facsimile: 602.648.7000
SGonski@perkinscoie.com
ADanneman@perkinscoie.com
DocketPHX@perkinscoie.com

Marc E. Elias*
John Devaney*
Amanda R. Callais*
K'Shaani O. Smith*
Zachary J. Newkirk*
Christina A. Ford*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211
melias@perkinscoie.com
jdevaney@perkinscoie.com
acallais@perkinscoie.com
kshaanismith@perkinscoie.com
znewkirk@perkinscoie.com
christinaford@perkinscoie.com

*Admitted pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Voto Latino Foundation and Priorities USA, <br><br> Plaintiffs, <br><br> v. <br><br> Katie Hobbs, in her official capacity as Arizona Secretary of State, <br><br> Defendant. | No. 2:19-cv-05685-DWL <br><br> **JOINT NOTICE AS TO AVAILABLE DATES FOR HEARING** |

Pursuant to this Court's Order on March 13, 2020 (Doc. 29), the parties have met and conferred "to identify three dates on or after May 20, 2020 on which they are available for a full-day evidentiary and motion hearing." All parties are available on May 21, 26, and 27.

Additionally, pursuant to the Court's General Orders 20-15 and 20-17 regarding court operations under circumstances created by COVID-19, the parties are conferring to discuss whether an evidentiary hearing is necessary. The parties are also conferring as to whether a telephonic or video-conferenced oral argument or hearing would be feasible. The parties will update the court as any agreements are reached and are available for a telephonic status conference with the Court to discuss any scheduling matters.

**RESPECTFULLY SUBMITTED**

Dated: April 27, 2020

| | |
|---|---|
| s/ *Alexis Danneman* | s/ *Linley Wilson* |
| Alexis E. Danneman (# 030478) | Linley Wilson (#027040) |
| Sarah R. Gonski (# 032567) | |
| **PERKINS COIE LLP** | Mark Brnovich |
| 2901 North Central Avenue, Suite 2000 | Attorney General |
| Phoenix, Arizona 85012-2788 | Linley Wilson (#027040) |
| | Kara M. Karlson (#029407) |
| Marc E. Elias* | Dustin Romney (#034728) |
| John Devaney* | Deputy Solicitor General |
| Amanda R. Callais* | 2005 North Central Avenue |
| K'Shaani O. Smith* | Phoenix, AZ 85004-1592 |
| Zachary J. Newkirk* | |
| Christina A. Ford* | Mary R. O'Grady (#011434) |
| **PERKINS COIE LLP** | Emma J. Cone-Roddy (#034285) |
| 700 Thirteenth Street NW, Suite 600 | **OSBORN MALEDON, P.A.** |
| Washington, D.C. 20005-3960 | 2929 North Central Avenue, Suite 2100 |
| | Phoenix, AZ 85012-2793 |
| *Admitted pro hac vice* | |
| | *Counsel for Defendant* |
| *Attorneys for Plaintiffs* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

                                          s/     *Indy Fitzgerald*

148001695.1

-3-