Alexis E. Danneman (#030478)
Sarah R. Gonski (# 032567)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8201
Facsimile: 602.648.7000
SGonski@perkinscoie.com
ADanneman@perkinscoie.com
DocketPHX@perkinscoie.com

Marc E. Elias*
John Devaney*
Amanda R. Callais*
K'Shaani O. Smith*
Zachary J. Newkirk*
Christina A. Ford*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211
melias@perkinscoie.com
jdevaney@perkinscoie.com
acallais@perkinscoie.com
kshaanismith@perkinscoie.com
znewkirk@perkinscoie.com
christinaford@perkinscoie.com

*Admitted pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Voto Latino Foundation and Priorities USA, <br><br> Plaintiffs, <br><br> v. <br><br> Katie Hobbs, in her official capacity as Arizona Secretary of State, <br><br> Defendant. | No. 2:19-cv-05685-DWL <br><br> **STIPULATION REGARDING MAY 21, 2020 HEARING** |

The parties have met and conferred about the May 21, 2020 hearing. The parties agree that the hearing will not include the presentation of evidence. Though, the parties intend to rely on the materials submitted with the briefing on the motions, including all declarations and expert reports. The parties prefer that the hearing be conducted by video conference. But if video-conferencing is not possible for the May 21 hearing, the parties do not oppose a telephonic motion hearing on that date. The parties propose one hour of legal argument for each side, which would encompass both motions.

Dated: May 14, 2020

| | |
|---|---|
| s/ *Alexis Danneman* | s/ *Linley Wilson* |
| Alexis E. Danneman (# 030478) | Linley Wilson (#027040) |
| Sarah R. Gonski (# 032567) | |
| **PERKINS COIE LLP** | Mark Brnovich |
| 2901 North Central Avenue, Suite 2000 | Attorney General |
| Phoenix, Arizona 85012-2788 | Linley Wilson (#027040) |
| | Kara M. Karlson (#029407) |
| Marc E. Elias* | Dustin Romney (#034728) |
| John Devaney* | 2005 North Central Avenue |
| Amanda R. Callais* | Phoenix, AZ 85004-1592 |
| K'Shaani O. Smith* | |
| Zachary J. Newkirk* | Mary R. O'Grady (#011434) |
| Christina A. Ford* | Emma J. Cone-Roddy (#034285) |
| **PERKINS COIE LLP** | **OSBORN MALEDON, P.A.** |
| 700 Thirteenth Street NW, Suite 600 | 2929 North Central Avenue, Suite 2100 |
| Washington, D.C. 20005-3960 | Phoenix, AZ 85012-2793 |
| | |
| *Admitted pro hac vice* | *Counsel for Defendant* |
| | |
| *Attorneys for Plaintiffs* | |

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

                                s/    *Indy Fitzgerald*

148215872.1