Alexis E. Danneman (#030478)
Sarah R. Gonski (# 032567)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8201
Facsimile: 602.648.7000
SGonski@perkinscoie.com
ADanneman@perkinscoie.com
DocketPHX@perkinscoie.com

Marc E. Elias*
John Devaney*
Amanda R. Callais*
K'Shaani O. Smith*
Zachary J. Newkirk*
Christina A. Ford*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211
melias@perkinscoie.com
jdevaney@perkinscoie.com
acallais@perkinscoie.com
kshaanismith@perkinscoie.com
znewkirk@perkinscoie.com
christinaford@perkinscoie.com

*Admitted pro hac vice*

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Voto Latino Foundation, Priorities USA, Shelby Aguallo, | No. 2:19-cv-05685-DWL |
| Plaintiffs, | |
| v. | **JOINT NOTICE AND MOTION TO POSTPONE MAY 21, 2020 HEARING** |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, | |
| Defendant. | |

1    Plaintiffs Voto Latino Foundation, Priorities USA, and Shelby Aguallo ("Plaintiffs")

2    and Defendant the Arizona Secretary of State ("Secretary") file the instant notice to inform

3    the Court that they have reached a settlement in principle. Considering this, and to conserve

4    judicial resources, the parties jointly move to postpone the hearing on Plaintiffs' motion for

5    a preliminary injunction and the Secretary's motion to dismiss currently scheduled for May

6    21, 2020.

7    The parties will update the Court on the status of the settlement by June 4, 2020.

8

9    Dated: May 20, 2020

10

11   | s/____John Devaney_____ | s/___Kara Karlson_____ |
12   | Alexis E. Danneman (# 030478) | |
13   | Sarah R. Gonski (# 032567) | Mark Brnovich |
     | **PERKINS COIE LLP** | Attorney General |
14   | 2901 North Central Avenue, Suite 2000 | Linley Wilson (#027040) |
     | Phoenix, Arizona 85012-2788 | Kara M. Karlson (#029407) |
15   | | Dustin Romney (#034728) |
16   | Marc E. Elias* | 2005 North Central Avenue |
     | John Devaney* | Phoenix, AZ 85004-1592 |
17   | Amanda R. Callais* | |
     | K'Shaani O. Smith* | Mary R. O'Grady (#011434) |
18   | Zachary J. Newkirk* | Emma J. Cone-Roddy (#034285) |
     | Christina A. Ford* | **OSBORN MALEDON, P.A.** |
19   | **PERKINS COIE LLP** | 2929 North Central Avenue, Suite 2100 |
20   | 700 Thirteenth Street NW, Suite 600 | Phoenix, AZ 85012-2793 |
     | Washington, D.C. 20005-3960 | |
21   | | *Counsel for Defendant* |
22   | *Admitted pro hac vice* | |
23   | *Attorneys for Plaintiffs* | |

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

s/      Indy Fitzgerald