Alexis E. Danneman (#030478)
Sarah R. Gonski (# 032567)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8201
Facsimile: 602.648.7000
SGonski@perkinscoie.com
ADanneman@perkinscoie.com
DocketPHX@perkinscoie.com

Marc E. Elias*
John Devaney*
Amanda R. Callais*
K'Shaani O. Smith*
Zachary J. Newkirk*
Christina A. Ford*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211
melias@perkinscoie.com
jdevaney@perkinscoie.com
acallais@perkinscoie.com
kshaanismith@perkinscoie.com
znewkirk@perkinscoie.com
christinaford@perkinscoie.com

*Admitted pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Voto Latino Foundation, Priorities USA, Shelby Aguallo,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State,<br><br>　　　　　　Defendant. | No. 2:19-cv-05685-DWL<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT AGREEMENT AND REQUEST FOR ADDITIONAL TIME TO FINALIZE SETTLEMENT** |

Plaintiffs Voto Latino Foundation, Priorities USA, and Shelby Aguallo ("Plaintiffs") and Defendant the Arizona Secretary of State ("Secretary"), pursuant to this Court's May 21, 2020 Order, Doc. 54, file the instant notice to inform the Court of the status of the Parties' settlement negotiations.

On May 20, 2020, the Parties reached a settlement in principle. Since that time, the Parties have been diligently working together to draft the corresponding settlement documentation and memorialize their agreement. The Parties are making good progress and expect to reach a final agreement soon. However, the Parties require additional time to finalize the documentation.

Considering this, the Parties jointly ask this Court to allow the Parties two additional weeks, until June 18, 2020, to finalize the settlement agreement. The Parties will update the Court on the status of the settlement at that time.

Dated: June 4, 2020

| s/ *Amanda R. Callais* | s/ *Kara Karlson* |
|---|---|
| Alexis E. Danneman (# 030478) | Kara Karlson (#029407) |
| Sarah R. Gonski (# 032567) | |
| **PERKINS COIE LLP** | Mark Brnovich |
| 2901 North Central Avenue, Suite 2000 | Attorney General |
| Phoenix, Arizona 85012-2788 | Linley Wilson (#027040) |
| | Kara M. Karlson (#029407) |
| Marc E. Elias* | Dustin Romney (#034728) |
| John Devaney* | 2005 North Central Avenue |
| Amanda R. Callais* | Phoenix, AZ 85004-1592 |
| K'Shaani O. Smith* | |
| Zachary J. Newkirk* | Mary R. O'Grady (#011434) |
| Christina A. Ford* | Emma J. Cone-Roddy (#034285) |
| **PERKINS COIE LLP** | **OSBORN MALEDON, P.A.** |
| 700 Thirteenth Street NW, Suite 600 | 2929 North Central Avenue, Suite 2100 |
| Washington, D.C. 20005-3960 | Phoenix, AZ 85012-2793 |
| | |
| *Admitted pro hac vice* | *Counsel for Defendant* |
| *Attorneys for Plaintiffs* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

                        s/*Michelle DePass*