Alexis E. Danneman (#030478)
Sarah R. Gonski (# 032567)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8201
Facsimile: 602.648.7000
SGonski@perkinscoie.com
ADanneman@perkinscoie.com
DocketPHX@perkinscoie.com

Marc E. Elias*
John Devaney*
Amanda R. Callais*
K'Shaani O. Smith*
Zachary J. Newkirk*
Christina A. Ford*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211
melias@perkinscoie.com
jdevaney@perkinscoie.com
acallais@perkinscoie.com
kshaanismith@perkinscoie.com
znewkirk@perkinscoie.com
christinaford@perkinscoie.com

*Admitted pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Voto Latino Foundation, Priorities USA, Shelby Aguallo, | No. 2:19-cv-05685-DWL |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| v. | |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, | |
| Defendant. | |

Plaintiffs Voto Latino Foundation, Priorities USA, and Shelby Aguallo ("Plaintiffs") and Defendant the Arizona Secretary of State ("Secretary"), pursuant to this Court's June 5, 2020 Order, Doc. 55, file the instant notice to inform the Court that they have completed settlement negotiations and finalized a settlement agreement in this matter. *See* Exhibit A (June 18, 2020 Settlement Agreement).

Dated: June 18, 2020

| s/ *Amanda Callais* | s/ *Kara Karlson* |
|---|---|
| Alexis E. Danneman (# 030478) | Kara Karlson (#029407) |
| Sarah R. Gonski (# 032567) | |
| **PERKINS COIE LLP** | Linley Wilson (#027040) |
| 2901 North Central Avenue, Suite 2000 | Kara M. Karlson (#029407) |
| Phoenix, Arizona 85012-2788 | Dustin Romney (#034728) |
| | 2005 North Central Avenue |
| Marc E. Elias* | Phoenix, AZ 85004-1592 |
| John Devaney* | |
| Amanda R. Callais* | Mary R. O'Grady (#011434) |
| K'Shaani O. Smith* | Emma J. Cone-Roddy (#034285) |
| Zachary J. Newkirk* | **OSBORN MALEDON, P.A.** |
| Christina A. Ford* | 2929 North Central Avenue, Suite 2100 |
| **PERKINS COIE LLP** | Phoenix, AZ 85012-2793 |
| 700 Thirteenth Street NW, Suite 600 | |
| Washington, D.C. 20005-3960 | *Counsel for Defendant* |
| | *Arizona Secretary of State Katie Hobbs* |
| *Admitted pro hac vice* | |
| *Counsel for Plaintiffs* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

                                          s/ *Michelle DePass*