# Exhibit A

Sarah R. Gonski (Bar. No. 032567)
Alexis E. Danneman (Bar. No. 030478)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8201
Facsimile: 602.648.7000
SGonski@perkinscoie.com
ADanneman@perkinscoie.com
DocketPHX@perkinscoie.com

Marc E. Elias*
John Devaney*
Amanda R. Callais*
K'Shaani O. Smith*
Zachary J. Newkirk*
Christina A. Ford*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211
melias@perkinscoie.com
jdevaney@perkinscoie.com
acallais@perkinscoie.com
kshaanismith@perkinscoie.com
znewkirk@perkinscoie.com
christinaford@perkinscoie.com

*Admitted pro hac vice*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Voto Latino Foundation, Priorities USA, and Shelby Aguallo, | No. 2:19-cv-05685-DWL |
| Plaintiffs, | **SETTLEMENT AGREEMENT** |
| v. | |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, | |
| Defendant. | |

1

2        This Settlement Agreement is entered into as of June 18, 2020 (the "Effective Date")

3    by and between Plaintiffs Voto Latino Foundation, Priorities USA, and Shelby Aguallo,

4    and Defendant Katie Hobbs, in her official capacity as the Secretary of State of Arizona

5    (the "Secretary").  All Plaintiffs and Defendant shall hereafter be referred to as the "Parties."

6    The Parties hereby agree to settle the case based upon the following terms.

7                                    **RECITALS**

8        WHEREAS, on November 26, 2019, Plaintiffs initiated this action against the

9    Secretary.  Plaintiffs later filed amended complaints. The Second Amended Complaint

10   alleged that the Arizona law requiring that mail-in ballots be received by 7:00 p.m. on

11   Election Day to be counted, A.R.S. § 16-548(A) (the "Election Day Receipt Deadline"),

12   violates the First and Fourteenth Amendments of the U.S. Constitution.  The Second

13   Amended Complaint alleged that the Election Day Receipt Deadline disproportionately

14   affected Arizona's Hispanic and Latino, Native American, and rural voters, and had

15   disenfranchised more than 17,000 Arizona voters since 2008.

16       WHEREAS, the Secretary denies that Arizona's Election Day Receipt Deadline

17   violates the First and Fourteenth Amendments and states that she and other Arizona

18   elections officials have regularly engaged in voter education efforts as to the Election Day

19   Receipt Deadline.  As part of this Settlement Agreement and consistent with plans to

20   address the projected increase in vote by mail for the 2020 election, the Secretary will

21   increase voter education efforts relating to the Election Receipt Deadline, conduct

22   additional voter education campaigns for all voters, including Latino and Native American

23   populations, and facilitate additional opportunities for these voters to return their early

24   ballots.

25       WHEREAS, the Parties have negotiated in good faith and enter into this Settlement

26   Agreement as an appropriate resolution of the claims in the Complaint.  Accordingly, the

27   Parties stipulate and agree as follows:

28

                                         1

**BACKGROUND**

1.      Voto Latino Foundation is a nonprofit organization that engages, educates, and empowers Latino communities across the United States.  It works to ensure that Latinos are enfranchised and included in the democratic process.  Voto Latino believes that the Election Day Receipt Deadline harms it by burdening and disenfranchising the voters Voto Latino seeks to support, among other harms.

2.      Priorities USA is a 501(c)(4) non-profit organization that engages in voter-centric progressive advocacy.  Its mission is to build a sustainable infrastructure to engage Americans in the progressive movement by running a permanent digital campaign to persuade and mobilize citizens around issues and elections that affect their lives.  Priorities USA works to help educate, mobilize, and turn out voters across the country, including in Arizona. Priorities USA believes that the Election Day Receipt Deadline harms it because it burdens and disenfranchises the voters Priorities supports through its work and contributions in Arizona, among other harms.

3.      Shelby Aguallo is a U.S. citizen and registered Arizona voter whose ballot was not counted in the 2018 General Election because of application of the Election Day Receipt Deadline.

4.      Katie Hobbs is the Arizona Secretary of State, sued in her official capacity only.  She is the Chief Elections Officer for Arizona, responsible for overseeing the voting process in Arizona. A.R.S. § 16-142(A)(1).  For example, the Secretary drafts the Arizona Election Procedures Manual ("Manual"), which establishes election procedures and administration across Arizona's fifteen counties. A.R.S. § 16-452.  The Manual is approved by the Governor and the Arizona Attorney General and carries the force of law.  A.R.S. § 16-452(B).  Arizona law also requires the Secretary, after consulting with county officials, to draft the Manual to "achieve and maintain the maximum degree of correctness, impartiality, uniformity and efficiency on the procedures for early voting and voting, and of producing, distributing, collecting, counting, tabulating and storing ballots."  A.R.S. § 16-452(A).

2

1   5.   This action was brought by Voto Latino, Priorities USA, and Shelby Aguallo
2   to vindicate First and Fourteenth Amendment rights related to voting.

3   6.   The Secretary denies that the Election Day Receipt Deadline violates the First
4   or Fourteenth Amendments to the federal Constitution.  By agreeing to this Settlement
5   Agreement, the Secretary seeks to serve Arizona's citizens by (1) complying with Arizona
6   law; (2) increasing public awareness campaigns of the Election Day Receipt Deadline to
7   encourage Arizona's voters to return their mail ballots by the Deadline; and (3) facilitating
8   additional opportunities for Latino, Native American, and other voters to return their early
9   ballots.  Additionally, the Secretary deems this Settlement Agreement to be in the public
10  interest to reduce litigation costs to the public and to focus the Secretary's resources and
11  efforts toward ensuring that Arizona's election procedures run smoothly amidst the
12  COVID-19 pandemic.  The terms of the Settlement Agreement are also in line with the
13  types of preparedness efforts the Secretary has previously engaged in and plans to
14  implement to ensure free, fair, and safe elections.

15  **DEFINITIONS**

16  1.   "Election Day Receipt Deadline" means the 7:00 p.m. deadline on Election
17  Day for ballots to arrive at the County Recorder's Office in order to be counted as identified
18  in A.R.S. § 16-548(A).

19  2.   "County Recorder" means the County Recorder of each of Arizona's 15
20  counties, and includes all county election officials working in or in conjunction with their
21  offices.

22  3.   "Procedures Manual" means the State of Arizona Elections Procedures
23  Manual, which provides the rules related to voting and the conduct of elections.  A.R.S. §
24  16-452.  The Secretary is required to develop the Procedures Manual in conjunction with
25  the 15 County Recorders.  *Id.*   Once approved by the Arizona Attorney General and the
26  Governor of Arizona, the Procedures Manual has the force of law.  A.R.S. § 16-452(B),
27  (C).

28

3

1      4.      "Secretary" means the Arizona Secretary of State and her office, as well as

2      successors in office.

3                              **SETTLEMENT AGREEMENT TERMS**

4      1.      **Voter outreach and education.**   While the Secretary already engages in

5      voter outreach efforts about the Election Day Receipt Deadline, upon the Effective Date of

6      this Agreement the Secretary shall increase those efforts.   This additional outreach and

7      education shall be conducted in English and in the languages covered under Section 203 of

8      the Voting Rights Act (i.e. Spanish, Navajo, and Apache).   This outreach and education

9      shall occur across multiple platforms and mediums, including, but not limited to, the

10     Secretary of State's website, the Secretary of State's social media pages, and on future

11     mailings from the Secretary to Arizona voters.   The Secretary shall also engage in

12     reasonable efforts to encourage each of Arizona's County Recorders to increase their voter

13     education efforts and outreach about the Election Day Receipt Deadline.

14     2.      **The Secretary of State's website.**   Within 60 days after the Effective Date

15     of this Settlement Agreement, the Secretary shall add to the official Secretary of State's

16     website—located at https://azsos.gov/—a page specifically dedicated to the vote by mail

17     process that will include prominently featured information about the Election Day Receipt

18     Deadline and general information about ballot drop-off options, including links to county

19     websites listing drop box locations and other mail-ballot drop-off options.

20     3.      **Allocation of federal funding**.   The Secretary agrees to allocate a portion of

21     funding from the Coronavirus Aid, Relief, and Economic Security (CARES) Act, subject

22     to legislative appropriation, or other available funding source for counties to expand early

23     voting opportunities in Hispanic and Latino, Native American, and rural communities in

24     Arizona.   This will include funding for (1) mobile early voting units, which can serve as

25     both early voting locations and drop-off points for mail ballots, (2) temporary staff hires

26     who will be appropriately trained to staff early voting locations and mobile early voting

27     units in rural communities with limited mail access, and who have language capabilities to

28     match the communities in which they will be working, (3) an increased number of ballot

drop-boxes for mail ballots in rural, Hispanic and Latino, and tribal communities, and (4) an increased number of non-mobile early voting locations.  To the extent that any funds have been distributed to counties as direct subgrants, the Secretary agrees to provide informal guidance to each county listing priorities for the funding.  Such informal guidance will include a recommendation that each county consider the optimal number of drop-boxes, mobile early voting units, and early voting locations needed based on the county's geography, population, and best practices.  Plaintiffs intend to propose optimal guidance on these issues in consultation with Plaintiffs' experts, and the Secretary agrees to consider in good faith Plaintiffs' proposal in issuing this informal guidance to each county.

4. **Elections Procedures Manual**.  The Secretary agrees to add a provision to the next revision of the Elections Procedures Manual directing counties to consult the informal guidance provided by the Secretary with respect to the allocation of drop-boxes, mobile early voting units, or other ballot drop-off locations outside of the county elections' office and polling locations or vote centers.

5. **Feasibility study on the implementation of a postmark deadline**.  Within 90 days after the Secretary's official canvass of the November 3, 2020 General Election, the Secretary's Office shall review available data regarding ballots that were received after Election Day in Arizona's past three general election cycles and shall consult with local elections officials to discuss (1) the number of voters whose ballots were not counted because of the deadline over the past three general election cycles; (2) the policy implications associated with implementing a postmark deadline in lieu of Arizona's Election Day Receipt Deadline; and (3) the feasibility of implementing a postmark deadline. In conducting this study, the Secretary's Office shall also consider, *inter alia*: (1) the cost of intelligent mail bar code readers; (2) any administrative burdens placed on election officials and logistical challenges in connection with a postmark deadline; (3) the various ways that other states have successfully implemented postmark deadlines; and (4) whether such factors support seeking a legislative change to Arizona's Election Day Receipt Deadline.

5

1     6. **Dismissal of Claim**.  Upon the Effective Date of this Settlement Agreement, the

2 Plaintiffs' claims will be dismissed with prejudice.

3     7. **Standing to enforce Settlement Agreement.**  The only parties with standing or

4 authority to seek enforcement of this Settlement Agreement are the parties to this

5 agreement.  No person or entity that is not a party to this Settlement Agreement may seek

6 to enforce this Settlement Agreement as a third-party beneficiary.

7     8. **Integration clause**.  The terms of this Settlement Agreement embody the Parties'

8 complete and entire agreement with respect to the subject matter hereof.

9     9. **Attorneys' fees and costs**.  The Parties shall bear their own attorney fees and costs

10 related to the above-captioned matter, and no party shall be considered a prevailing party

11 for the purpose of any law, statute, or regulation providing for the award or recovery of

12 attorney fees and/or costs.

13

14

15 Dated: June 18, 2020

16

17 _DocuSigned by:_
_Maria Teresa Kumar_

18 ——2695EFC6A73642E...
Maria Teresa Kumar, President

19 Voto Latino
_DocuSigned by:_

20 s/ ——B044AAC97987492...
Guy Cecil, Chairman

21 Priorities USA

22 _DocuSigned by:_
s/ _Shelby Aguallo_

23 ——B43DBA001F6544D...
Shelby Aguallo

24

25

26

27

28

s/ _[signature]_
Katie Hobbs
Arizona Secretary of State