# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Voto Latino Foundation, et al., <br>     Plaintiffs, <br> v. <br> Katie Hobbs, <br>     Defendant. | No. CV-19-05685-PHX-DWL <br><br> **ORDER** |

The Court having received notice that the parties have entered into a final settlement agreement, under which Plaintiffs have dismissed their claims with prejudice (Doc. 57),

**IT IS ORDERED** that all claims in the above-captioned case are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that any hearings and deadlines are vacated, and that any pending motions, including those at Docs. 22 and 30, are denied as moot.

Dated this 19th day of June, 2020.

_____
Dominic W. Lanza
United States District Judge